**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000711
07-OCT-2020
09:04 AM**

NO. CAAP-19-0000711

IN THE INTERMEDIATE COURT OF APPEALS
OF THE STATE OF HAWAI'I

IN THE INTEREST OF AA

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 16-00249)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the motion for reconsideration filed by Appellant **AM** on October 5, 2020, and the record on appeal, it appears that AM does not "present new evidence and/or arguments that could not have been presented during the earlier" proceedings.  See Chen v. Mah, 146 Hawai'i 157, 172, 457 P.3d 796, 811 (2020).  Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, October 7, 2020.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge